**FLEET FINANCE, INC., Respondent,**

v.

**J & B PROPERTIES, INC., Appellant.**

No. ED 75839.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 21, 2000.

**ROYALE MARKETING, INC.,**
**et al., Appellants,**

v.

**Ruth BENDER, Respondent.**

No. ED 75665.

Missouri Court of Appeals,
Eastern District,
Division One.

March 21, 2000.

Thomas A. Connelly, St. Louis, for appellant.

Fleet Finance Inc., Atlanta, GA, pro se.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS and LAWRENCE E. MOONEY, JJ.

**ORDER**

PER CURIAM.

J & B Properties, Inc., appeals the trial court's judgment awarding Fleet Finance, Inc., $1,500.00 in rents and possession of certain real property in this unlawful detainer action. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).